```
 1  I. HOOSHIE BROOMAND, ESQ., SBN: 210206
    JACOB D. FLESHER, ESQ., SBN: 210565
 2  BARRY UBALDI MCPHERSON & FLESHER LLP
    11249 Gold Country Blvd., Suite 170
 3  Gold River, CA 95670
    Telephone:   (916) 635-2200
 4  Facsimile:   (916) 635-2120

 5  Attorneys for Defendants
    ROBERT DRAIZEN and PATRICK MIZE
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT ENNIS,                        Case No. 2:08-CV-01301 GEB EFB

12         Plaintiff,

13         vs.                           SUBSTITUTION OF ATTORNEY;
                                         ORDER
14  MORTGAGETREELENDING, INC., a
    California corporation; DIANA
15  GROSSMAN, an individual; ROBERT
    DRAIZEN, an individual; PATRICK
16  MIZE, an individual; and RODNEY K.
    LOWE, an individual and Trustee of the
17  R&K Lowe 1997 Revocable Trust, the
    Merissa Shea Lowe Irrevocable Trust,
18  and the Kara Brook Lowe Irrevocable
    Trust,
19
           Defendants.
20  _____/

21  THE COURT AND ALL PARTIES HEREIN ARE NOTIFIED THAT:

22         Mark P. Scheer, Esq. of Scheer & Zehnder LLP, being one of the attorneys of

23  record for defendants ROBERT DRAIZEN and PATRICK MIZE in this action, hereby

24  substitutes I. Hooshie Broomand, Esq. of the law offices of Barry Ubaldi McPherson &

25  Flesher LLP as counsel of record for defendants ROBERT DRAIZEN and PATRICK MIZE

26  in this action.  The office address and telephone number of such counsel is:
```

Barry Ubaldi McPherson & Flesher LLP

I. Hooshie Broomand, Esq.
Barry Ubaldi McPherson & Flesher LLP
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
Telephone: (916) 635-2200
Facsimile: (916) 635-2120

The undersigned defendants consent to the within substitution.

Dated: July ___, 2008          _____
                               ROBERT DRAIZEN

Dated: July ___, 2008          _____
                               PATRICK MIZE

I consent to the within substitution.

Dated: July ___, 2008          SCHEER & ZEHNDER LLP

                               _____
                               MARK P. SCHEER
                               [Former] Attorneys for Defendants DRAIZEN and MIZE

I accept the within substitution.

Dated: July ___, 2008          BARRY UBALDI MCPHERSON & FLESHER

                               _____
                               I. HOOSHIE BROOMAND
                               Attorneys for Defendants DRAIZEN and MIZE

**ORDERED**

Dated: August 8, 2008
                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

- 2 -
Substitution of Attorneys; Case No. 2:08-CV-01301 GEB EFB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Barry Ubaldi McPherson & Flesher LLP**

_____

- 3-
Substitution of Attorneys; Case No. 2:08-CV-01301 GEB EFB